**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EVERTON STERLING,

                   Plaintiff,

     -against-

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR FEMIT TRUST 2006-FF6,
MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2006-F6; MORTGAGE ELECTRONICS
REGISTRATION SYSTEMS, INC. (MERS), *as*
*Nominee for First Franklin, a Division of Nat. City Bank*
*of IN*; NASSAU RECOVERY INC./HOME FEDERAL
SB; STEVEN JAY BAUM, *Reg. #2092831*; STEVEN J.
BAUM P.C.; PILLAR PROCESSING LLC.; KYLE
CLARK DIDONE, *Reg. #4549275*; JASON B.
DESIDERIO; LARRY TATE POWELL, *Reg. #4544177*;
DAVIDSON FINK LLP; EDMOND JAMES PRYOR,
*Reg. #2310605*; LAW OFFICES OF EDMOND J.
PRYOR; SPECIALIZED LOAN SERVICING, LLC.,
*Servicer for Defendant Deutsche Bank*; and JOHN
"DOES" AND JANE "DOES" *1 through 100*,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

19 Civ. 205 (GBD) (KNF)

**GEORGE B. DANIELS**, United States District Judge:

A copy of Magistrate Judge Fox's December 10, 2019 Report and Recommendation, (ECF

No. 121), having been mailed by this Court to Plaintiff, Plaintiff's time to file any objections

thereto is further extended to February 14, 2020.

Dated: New York, New York
       January 23, 2020

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            United States District Judge