**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
EVERTON STERLING,

                      Plaintiff,           **ORDER**

            -against-                      **19-CV-205 (GBD) (JW)**

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR FEMIT
TRUST 2006-FF6, MORTGAGE PASS
THROUGH CERTIFICATES, SERIES
2006-FF6; DAVIDSON FINK LLP; LARRY
TATE POWELL, ESQ.L *et al.*,

                      Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On October 26, 2022 Plaintiff filed a letter requesting a 90-day extension of time for him to respond to several outstanding motions. Dkt. No. 168. The request is **GRANTED IN PART**. Plaintiff's time to respond is extended until **December 23, 2022**. To the extent any filings have not been served on Plaintiff, Defendants are directed to do so.

SO ORDERED.

DATED:    New York, New York
              October 31, 2022

                                                        */s/ Jennifer E. Willis*
                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge