UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVERTON STERLING,

                    Plaintiff,                         **ORDER**

        -against-                          **19-CV-205 (GBD) (JW)**

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR FEMIT
TRUST 2006-FF6, MORTGAGE PASS
THROUGH CERTIFICATES, SERIES
2006-FF6; DAVIDSON FINK LLP; LARRY
TATE POWELL, ESQ., *et al.*,

                    Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       On December 14, 2022, Plaintiff filed a letter requesting an extension of time. Dkt. No. 170. The request is GRANTED IN PART. Plaintiff's deadline is extended to **February 1, 2023**.

       Separately, Defendants are instructed to send Chambers courtesy copies of the briefing on all pending motions for summary judgment by **December 31, 2022**.

SO ORDERED.

DATED:    New York, New York
              December 19, 2022

                                                          JENNIFER E. WILLIS
                                                          United States Magistrate Judge