UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EVERTON STERLING,

                 Plaintiff,                               **ORDER**

            -against-                           **19-CV-205 (GBD) (JW)**

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR FEMIT
TRUST 2006-FF6, MORTGAGE PASS
THROUGH CERTIFICATES, SERIES
2006-FF6; DAVIDSON FINK LLP; LARRY
TATE POWELL, ESQ., *et al.*,

                 Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      On December 19, 2022, Defendants were ordered to send Chambers courtesy copies of all outstanding summary judgment briefing in this matter. Dkt. No. 171. The deadline was set for December 31, 2022. That deadline has passed. The Court specifically directs Defendant Davidson Fink LLP to send in a courtesy copy of their papers, Dkt. Nos. 133-138, by **January 6, 2023**.

SO ORDERED.

DATED:    New York, New York
               January 3, 2023

                                                           *Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                          United States Magistrate Judge