UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

EVERTON STERLING,

                        Plaintiff,

      -against-

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR FEMIT TRUST 2006-FF6,
MORTGAGE PASS THROUGH CERTIFICATES,
SERIES 2006-F6; NASSAU RECOVERY INC./HOME
FEDERAL SB; STEVEN JAY BAUM, *Reg. #2092831*;
STEVEN J. BAUM P.C.; PILLAR PROCESSING LLC.;
KYLE CLARK DIDONE, *Reg. #4549275*; JASON B.
DESIDERIO; LARRY TATE POWELL, *Reg. #4544177*;
DAVIDSON FINK LLP; EDMOND JAMES PRYOR,
*Reg. #2310605*; LAW OFFICES OF EDMOND J.
PRYOR; SPECIALIZED LOAN SERVICING, LLC.,
*Servicer for Defendant Deutsche Bank*; and JOHN
"DOES" AND JANE "DOES" *1 through 100*,

                        Defendants.
------------------------------------------x

ORDER

19 Civ. 205 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's time to respond to Magistrate Judge Willis's February 24, 2023 Report and Recommendation, (ECF No. 175), is extended from March 10, 2023 to March 24, 2023.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

Dated: March 9, 2023
       New York, New York

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge