UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
EVERTON STERLING,

                        Plaintiff,

    -against-

DEUTSCHE BANK NATIONAL TRUST COMPANY
AS TRUSTEE FOR FEMIT TRUST 2006-FF6, *et al.*

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 205 (GBD) (JW)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's request for an extension of time to October 5, 2023 to respond to Defendants' opposition to Plaintiff's motion for reconsideration (ECF Nos. 184, 186) and Defendants' opposition to Plaintiff's motion to vacate (ECF Nos. 191, 192), is DENIED.

Plaintiff's responsive filings to Defendants' opposition to Plaintiff's motion for reconsideration (ECF Nos. 184, 186) and to Defendants' opposition to Plaintiff's motion to vacate (ECF Nos. 191, 192) are due no later than August 2, 2023. As of August 2, 2023, the motions will be fully submitted and decided without further hearing.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and to note service on the docket.

Dated: June 27, 2023
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge